UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DANIELLE WAITS, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CASE NO. 4:23-cv-2694 |
| HUNTER WARFIELD, INC., | § § § | |
| *Defendant.* | § | |

### DEFENDANT HUNTER WARFIELD, INC.'S
### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant HUNTER WARFIELD, INC. ("HWI") and files its *Notice of Removal* as follows:

1. Plaintiff DANIELLE WAITS filed her state court *Original Petition* on or about June 20, 2023 in the 295th District Court for Harris County, Texas located at 201 Caroline, 14th Floor, Houston, Texas 77002.

2. This is a civil action based on Plaintiff's contention that HWI violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA") as well as other state statutes and cases of action..

3. Removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because HWI filed its *Notice of Removal* within 30 days of service of Plaintiff's state court *Original Petition*.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this *Notice of Removal* has been sent to Plaintiff and will be filed with the clerk of the 295th District Court for Harris County, Texas.

8. To the best of HWI's knowledge, Plaintiff did not request a jury trial in state court.

WHEREFORE, Defendant HUNTER WARFIELD, INC. respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: July 24, 2023.                    Respectfully submitted,

**FROST ECHOLS LLC**

/s/ Cooper Walker
COOPER M. WALKER
TX State Bar No. 24098567
Mailing Address:
P.O. Box 12645
Rock Hill, SC 29731
Physical Address:
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Email: Cooper.Walker@frostechols.com

***COUNSEL FOR HUNTER WARFIELD, INC.***

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document has been forwarded via ECF system and Email to all parties entitled to notice of the same on this 24th day of July, 2023.

**Plaintiff's Counsel**
**Ciment Law Firm, PLLC**
**James A. Foley**
**1751 River Sun, Suite 280**
**Fort Worth, Texas 76107**
**Email: Courtfilings@Cimentlawfirm.com**

                                            /s/ Cooper Walker
                                            COOPER M. WALKER